UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA, )
)
        Plaintiff, )    CASE NO.   06- 464 M
)
v. )
)
DOMINIQUE TAYLOR, )    DETENTION ORDER
)
        Defendant. )
)
_____ )

Offense charged in the State of Arizona:

    Attempted Murder, as violation of the conditions set by the District of Arizona.

Date of Detention Hearing: September 7, 2006

    The Court conducted both a uncontested detention hearing pursuant to Title 18 U.S.C. § 3142(f) and a preliminary Rule 5(c)(3) inquiry.  The defendant waived his rights to a full Rule 5(c)(3)(D) hearing and the Court signed an order of transfer to the originating district court of the District of Arizona to answer the charges.

    The Government was represented by Ye Ting Woo.  The defendant was represented by Jennifer Wellman.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

    (1) The Court finds the defendant to be a risk of danger due to his criminal history and the nature of the instant offense.

    (2) Defendant is reportedly in absconder status and has allegedly violated the terms of his supervised release in the District of Arizona.  He has an active arrest warrant, therefore posing a risk of non-appearance.

    (3) He was arrested trying to cross the Canadian border.

Thus, there is no condition or combination of conditions that would reasonably assure

DETENTION ORDER
PAGE -1-

future court appearances.

**It is therefore ORDERED:**

(l)  Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2)  Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3)  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)  The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 8th day of September, 2006.

MONICA J. BENTON
United States Magistrate Judge

DETENTION ORDER
PAGE -2-